UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST HOVEY, et al., | No. 2:15-cv-1835 CKD P |
| Plaintiffs, | |
| v. | ORDER |
| SACRAMENTO COUNTY DISTRICT ATTORNEY, | |
| Defendant. | |

Plaintiffs are Sacramento County Jail prisoners proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

This court has determined that each plaintiff should proceed separately on his own claim. The Federal Rules of Civil Procedure provide "[p]arties may be dropped or added by order of the court on motion of any party or of its own initiative at any stage of the action and on such terms as are just. Any claim against a party may be severed and proceeded with separately." Fed. R. Civ. P. 21. Courts have broad discretion regarding severance. See Davis v. Mason County, 927 F.2d 1473, 1479 (9th Cir. 1991).

In the instant action, plaintiffs are individuals in the custody of the Sacramento County Jail. In this court's experience, an action brought by multiple inmate plaintiffs proceeding pro se presents procedural problems that cause delay and confusion.

1

Accordingly, the court will order that plaintiffs' claims be severed.  Plaintiff Hovey will proceed in this action, while plaintiff Harding will proceed in a civil action to be opened by the Clerk of the Court.  Each plaintiff will proceed with his own action and will be solely responsible for his own action.

Each plaintiff will be given thirty days to file, in his own action, an amended complaint and an application for leave to proceed in forma pauperis, using the forms provided by the court with this order.  Each plaintiff is cautioned that if an individual action proceeds further it is probable that each plaintiff will incur a liability in the amount of the $350.00 filing fee, which amount will be collected from the inmate's jail trust account.  See 28 U.S.C. § 1915(b).

In accordance with the above, IT IS HEREBY ORDERED that:

1. The claims of plaintiff Harding are severed from the claims of plaintiff Hovey.

2. Plaintiff Hovey shall proceed as the sole plaintiff in case No. 2:15-cv-1835 CKD P.

3. The Clerk of the Court is directed to:

   a. Open a separate civil actions for plaintiff Harding;

   b. Assign that action to the undersigned;

   c. File and docket a copy of this order in the new action; and

   d. Place a copy of the complaint in the new action.

4. Each plaintiff's complaint is dismissed.

5. The Clerk of the Court is directed to send each plaintiff a new form for filing a civil rights action under 42 U.S.C. § 1983 and a new Application to Proceed In Forma Pauperis By a Prisoner; and

6. Each plaintiff is granted thirty days from the date of service of this order to file an amended complaint and a new application to proceed in forma pauperis, using the forms provided by the court with this order.  Each plaintiff's documents must bear the docket number assigned to his own individual case, and each complaint must be labeled "Amended Complaint."  Failure to

/////

/////

/////

file an amended complaint or a new application to proceed in forma pauperis in accordance with this order will result in a recommendation that the plaintiff's action be dismissed.

Dated:  September 8, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2
hove1835.2